Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Christina Parra,<br>          Plaintiff,<br><br>     v.<br><br>Commissioner of Social Security<br>          Defendant. | CASE NO. 1:10-cv-01675-**LJO**-GSA<br><br>STIPULATION AND **ORDER**<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S CONFIDENTIAL BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The current due date for Plaintiff's Confidential Brief is March 4, 2011. The new due date will be April 4, 2011. The scheduling order should be modified accordingly.

Dated: March 1, 2011                       /s/ Sengthiene Bosavanh

                                           SENGTHIENE BOSAVANH, ESQ.
                                           Attorney for Plaintiff

Dated: March 1, 2011                       BENJAMIN B. WAGNER
                                           United States Attorney


                                           By: /s/ Jean M. Turk
                                           (as authorized via e-mail)
                                           JEAN M. TURK
                                           Special Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   March 3, 2011**              ___/s/ **Gary S. Austin**___
                                         UNITED STATES MAGISTRATE JUDGE