BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No.  214624

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8924
    Facsimile:  (415) 744-0134
    E-Mail:Armand.Roth@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CHRISTINA PARRA, | CIVIL NO. 10-cv-01675-LJO-GSA |
|     Plaintiff, | |
|         v. | |
| MICHAEL J. ASTRUE, | STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE EAJA OPPOSITION |
| Commissioner of Social Security, | |
|     Defendant. | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 15-day extension of time, up to August 6, 2012, to file an opposition to Plaintiff's petition for attorney's fees.  This is Defendant's first request.  This extension is requested because Defendant's counsel needs additional time due to an unusually heavy workload.

Respectfully submitted on July 17, 2012,

/s/ Sengthiene Bosavanh   *
SENGTHIENE BOSAVANH
Plaintiff's Attorney
* by Armand Roth by email authorization of 7/16/12

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

/s/ ARMAND D. ROTH
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the stipulation, Defendant's opposition to Plaintiff's Motion for Attorney Fees is due August 6, 2012.  Any reply to the opposition is due no later than August 21, 2012.

IT IS SO ORDERED.

Dated:   **July 17, 2012**              /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE