UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CHRISTINA PARRA, ) | Case No. 1:10-cv-01675-GSA |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER SETTLING ATTORNEY'S** |
| v. ) | **FEES PURSUANT TO THE EQUAL** |
| ) | **ACCESS TO JUSTICE ACT, 28 U.S.C.** |
| MICHAEL J. ASTRUE, ) | **§ 2412(d)** |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | (Doc. 22) |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that: (1) Plaintiff's Motion for Attorney Fees and Defendant's Opposition (docs. nos. 22 and 26) be withdrawn; and (2) Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND NINE HUNDRED dollars and 00/100 cents ($3,900.00).[1] This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of THREE THOUSAND NINE HUNDRED Dollars and 00/100 cents ($3,900.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and

---

[1] The Commissioner has waived the defense of timeliness in this case based on Plaintiff's timely filing of her EAJA Motion. Waiver should not be construed as an intent to agree to waiver in any other case.

all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: November 2, 2012     */s/ Sengthiene Bosavanh*
(As authorized via email)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Date: November 2, 2012     BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Armand D. Roth*
ARMAND D. ROTH
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Upon a review of the stipulation, Plaintiff's counsel shall be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND NINE HUNDRED dollars and 00/100 cents ($3,900.00). This amount should be payable to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

IT IS SO ORDERED.

**Dated:   November 5, 2012**          */s/ Lawrence J. O'Neill*
UNITED STATES DISTRICT JUDGE